IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| DEDRIC JAMAR DEAN, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|   v. | ) | 1:25cv684-MHT |
| | ) | (WO) |
| KIRKE ADAMS and | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
|    Respondents. | ) | |

OPINION

Pursuant to 28 U.S.C. § 2241, petitioner filed this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be dismissed without prejudice due to petitioner's failure to prosecute and to comply with an order to file his institutional account statement as directed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.  This conclusion is supported by the

fact that the magistrate judge's recommendation has been returned by the post office as undeliverable, and the words "Inmate no longer here" are handwritten on the envelope.  Returned Mail (Doc. 5) at 5. Petitioner's failure to inform the court of his change of address further supports the finding of failure to prosecute.

    An appropriate judgment will be entered.

    DONE, this the 12th day of November, 2025.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**