IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| DEDRIC JAMAR DEAN, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:25cv684-MHT |
| | ) | (WO) |
| KIRKE ADAMS and | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
|    Respondents. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is dismissed without prejudice for failure to comply with a court order and failure to prosecute.

(3) Plaintiff's application to proceed in forma pauperis (Doc. 2) is denied as moot.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 12th day of November, 2025.**

                                       <u>/s/ Myron H. Thompson</u>
                                       **UNITED STATES DISTRICT JUDGE**